IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CARL EDWARD HUELSMAN | : | Case No. 3:12-cv-268 |
| Plaintiff, | : | |
| -vs- | : | |
| | | District Judge Walter Herbert Rice |
| ROBERT J. LINDEMAN, | : | Magistrate Judge Michael R. Merz |
| Defendant. | : | |
| | : | |

**ORDER TO PRO SE PLAINTIFF UPON FILING OF MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGMENT**

You are hereby notified that Defendant Robert J. Lindeman filed with the Court on August 24, 2012, a motion to dismiss in this case [Doc # 7]. You should receive a copy of the motion directly from Defendant Robert J. Lindeman.

Under the rules of this Court (S.D. Ohio L.R. 7.2) you are allowed twenty-one days from the date of service (August 24, 2012) within which to file a response to this motion, plus an extra three days because of the way the motion was sent to you. Your response must be filed with the Court not later than September 17, 2012.

August 24, 2012.

s/ *Michael R. Merz*
United States Magistrate Judge