IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CARL EDWARD HUELSMAN,

        Plaintiff,      :      Case No. 3:12-cv-268

- vs -      :      District Judge Walter Herbert Rice
      Magistrate Judge Michael R. Merz

ROBERT J. LINDEMAN,      :

        Defendant.      :

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

        The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #9), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

        It is hereby ORDERED that the complaint is DISMISSED without prejudice for failure to state a claim upon which relief can be granted under 42 U.S.C. § 1983. This case is TERMINATED on the docket of this Court.

October 9th, 2012.

                                     Walter Herbert Rice
                                     United States District Judge